■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY JAMES TAYLOR, Appellant. [940 NYS2d 512]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered November 6, 2008. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). Viewing the evidence in light of the elements of the crime as charged to the jury (*see People v Danielson*, 9 NY3d 342, 349 [2007]), we reject defendant's contention that the verdict is against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Present—Smith, J.P., Peradotto, Carni and Sconiers, JJ.